1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TONY D. NELSON, JR.,                     No. 2:18-cv-2923 AC P

12            Plaintiff,

13        v.                                  ORDER

14   COUNTY OF SACRAMENTO,

15            Defendant.

16

17        Plaintiff is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

18   Although plaintiff's complaint provides a residential address as his address of record, he has also

19   submitted an application to proceed in forma pauperis that indicates that he may have been

20   incarcerated at the time he filed the complaint. Whether plaintiff was incarcerated at the time he

21   filed his complaint affects several aspects of this case. Accordingly, IT IS HEREBY ORDERED

22   that within fourteen days of service of this order, plaintiff must notify the court whether he was in

23   custody at the time he submitted the complaint.

24   DATED: November 30, 2018

25   _____
     ALLISON CLAIRE
26   UNITED STATES MAGISTRATE JUDGE

27

28

                                    1