UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DEVON NELSON, JR., | No. 2:18-cv-2923 AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

    Plaintiff, a former county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the application to proceed in forma pauperis was not accompanied by a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of the complaint, as required by statute. 28 U.S.C. § 1915(a)(2). Because plaintiff has since been transferred into the custody of the California Department of Corrections and Rehabilitation (CDCR), he will be provided with another application to complete that give the court permission to obtain his trust account statement directly from the CDCR.

    The court also notes that the CDCR's inmate locator website shows that plaintiff has once again been transferred to a new location without notifying the court of his new address. Plaintiff is reminded that he is required to keep the court up to date with his current address or risk dismissal of his case.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, plaintiff shall file a fully completed in forma pauperis application. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

2. The Clerk of the Court shall provide plaintiff with another copy of the in forma pauperis application used by this court.

3. The Clerk of the Court is directed to update plaintiff's address of record to California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696.

DATED: May 13, 2019

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE