UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DEVON NELSON, JR., | No. 2:18-cv-2923 AC P |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, has requested that this action "be dropped from the calendar and . . . dismissed without prejudice." ECF No. 14 at 4. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: August 25, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE